# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHARYL F. FREY,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:08-cv-1685-Orl-35DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)
>
> **FILED:**     April 9, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

> The record requires further development. Upon remand, the Administrative Law Judge ("ALJ") will be instructed to properly discuss and evaluate the medical evidence on all of Plaintiff's impairments, physical and mental. The ALJ will be directed to make findings as to the weight afforded the opinions of Plaintiff's treating and other medical sources, and will be instructed to properly assess Plaintiff's residual functional capacity, specifying among other things the degree and nature of manipulative limitations resulting from carpal tunnel syndrome and any other

associated impairment. The ALJ will afford Plaintiff the opportunity for a supplemental hearing with testimony from a vocational expert as to what work she could perform, considering her vocational factors and all her functional limitations, including those arising from carpal tunnel syndrome. The ALJ will take any other action as needed to complete the record and issue a decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and thereafter to close the case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record